Joseph Piard

W116351

NCCI Gardner

500 Colony Road

P.O. box 466

Gardner, MA 01440

*******************************************

December 17, 2024


TO:

United States District Court

Office of the Clerk

Boston, MA 02210


Dear Sir/Madame Clerk:

Hope everything is well. This is a complaint against the Boston Herald, Inc, and its reporter, Flint McColgan, the Boston Globe, and its reporter Camilo Fonseca for defamation. The article from the Boston Herald was titled "Mattapan Lyft driver convicted of 2019 rape of a rider." The article for the Boston Globe was titled "Mattapan Lyft driver found guilty in 2019 rape case. These defendants published a series of false statements about the plaintiff and charactered him to public disgrace and despisement. These statements were published with actual knowledge that they were false. These articles characterized the plaintiff as a "rapist." These publications devastated the plaintiff and had damaged his repution and caused severe injuries such as mental distress. The plaintiff is seeking $15 Million in compensatory and punitive

damages from the defendants.

Courteously submitted,

*[signature]*
Joseph Piard